UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA BILLADO | CIVIL ACTION |
| VERSUS | NO. 07-8289 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "N" (2) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 23, 2008, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE